IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 4:98CV78 |
| | ) | (Financial Litigation Unit) |
| RALEIGH & SHIRLEY D. HUMPHRIES, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| UNITED EFP, L.P., | ) | |
| Garnishee. | ) | |

## DISMISSAL OF WRIT OF GARNISHMENT

**THIS MATTER** is before the Court on the Government's motion for dismissal of the writ of garnishment entered May 28, 2004, against the Defendant Shirley D. Humphries.

For the reasons stated therein and for good cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion to dismiss is **ALLOWED**, and the Writ of Garnishment filed in this case against the defendant Shirley D. Humphries on May 28, 20004 is hereby **DISMISSED**.

Signed: October 6, 2006

Lacy H. Thornburg
United States District Judge